# Court of Appeals
# of the State of Georgia

ATLANTA,   February 03, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0804. LEMCON USA CORPORATION v. ICON TECHNOLOGY CONSULTING, INC.**

Icon Technology Consulting, Inc. ("Icon") obtained a default judgment against Lemcon USA Corporation ("Lemcon") in Missouri. Icon then brought suit in Georgia to enforce the foreign judgment. Lemcon filed a motion in Georgia to set aside the Missouri default judgment. The trial court denied the motion, and Lemcon filed this direct appeal. We lack jurisdiction.

"[T]he proper method for attacking a foreign judgment filed in Georgia under the [Uniform Enforcement of Foreign Judgments Act] is a motion to set aside under OCGA § 9-11-60 (d)." *Noaha, LLC v. Vista Antiques & Persian Rugs, Inc.*, 306 Ga. App. 323, 326 (1) (702 SE2d 660) (2010) (punctuation omitted). And an appeal from an order denying a motion to set aside under OCGA § 9-11-60 (d) must be taken by application for discretionary review. See OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116 (640 SE2d 688) (2006). Under these circumstances, we lack jurisdiction to entertain this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*   02/03/2016
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*